IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERONICA NOLAN,**<br>    **Plaintiff,**<br><br>    v.<br><br>**TALENTBURST, INC.,**<br>**THE VANGUARD GROUP, INC.,**<br>**RANDSTAD USA, and**<br>**INFOSYS LIMITED,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-4556** |

**O R D E R**

**AND NOW**, this 29th day of March, 2024, upon consideration of Defendant Infosys Limited's Motion to Dismiss (ECF No. 14) and the responses thereto (ECF Nos. 22, 26), Defendant The Vanguard Group, Inc.'s Motion to Dismiss (ECF No. 15) and the responses thereto (ECF Nos. 23, 25), Defendant Randstad's Motion to Dismiss (ECF No. 24) and the responses thereto (ECF Nos. 31, 33), Defendant TalentBurst, Inc.'s Motion to Dismiss (ECF No. 27) and the responses thereto (ECF Nos. 32, 34), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** as follows:

1. Defendant Infosys's Motion (ECF No. 14) is **GRANTED**. Infosys is **DISMISSED** from this action **WITHOUT PREJUDICE**.

2. Defendant Vanguard's Motion (ECF No. 15) is **DENIED**.

3. Defendant Randstad's Motion (ECF No. 24) is **GRANTED**. Randstad is **DISMISSED** from this action **WITHOUT PREJUDICE**.

4. Defendant TalentBurst's Motion (ECF No. 27) is **DENIED**.

5. Plaintiff's request for leave to amend her Complaint is **DENIED**.

2

6. Defendants Vanguard and TalentBurst shall file an Answer to Plaintiff's Complaint on or before **April 19, 2024**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
   **HODGE, KELLEY B., J.**